leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

CHARLES E. FINCH, as Administrator, etc., of ELSIE B. FINCH, Deceased, Respondent, v. PAUL HETZEL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

CELIA FRIEDMAN, Respondent, v. HYMAN P. YASSEM and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

MOLLIE GILLMAN, Respondent, v. GEORGE GILLMAN, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal and bring it on for argument on Friday, October 10, 1930; otherwise, motion denied, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

NATHAN GINSBURG, Appellant, v. EMIL BERGER and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JOSEPH A. GRAFF, Respondent, v. BERNWITT CORPORATION, Defendant. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

HEATHCOTE NURSERIES, INC., Respondent, v. EL KAY BUILDERS CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from the service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JACOBY HIRSCH, Respondent, Appellant, v. SCHWARTZ & COHN, INC., and LOUIS KROLICK, Respondents. HIGHWAY IMPROVEMENT AND REPAIR COMPANY, INC., Appellant, Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

DORA HOFFNER, Appellant, v. ABRAHAM SCHACHNE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

FURMAN T. HOWARD, Appellant, v. JANE L. HOWARD, Respondent, and MARGARET C. HOWARD and ETHEL B. PHILBRICK, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Incorporation of the VILLAGE OF BELLE TERRE, Town of

Brookhaven, New York.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder and Tompkins, JJ.; Carswell, J., not voting.

In the Matter of the Application of BEVERLY LAND COMPANY, INC., for the Payment of the Awards Made for Lot Number 15 in Block 4742 and Lots Numbered 1 and 53 in Block 4743, on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit in the Proceedings to Acquire Title by the City of New York to Certain Lands and Premises Consisting of the Two Blocks Bounded by Tilden Avenue on the North, East Fifty-seventh Street on the West, Beverly Road on the South and East Fifty-ninth Street on the East, in the Borough of Brooklyn, as a School Site, According to Law.— Motion to confirm report of official referee granted. Order signed. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION in Respect to GEORGE J. LESSER, an Attorney.— Motion to confirm report of official referee granted, respondent disbarred and his name ordered stricken from the roll of attorneys. The respondent has concededly, at least three times, converted the money of clients. Restitution after complaint made, in this case. does not excuse or ameliorate the wrong. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

In the Matter of ELIAS A. DEUTSCHMAN, Appellant. COLE H. RUBIN, etc., Respondent, v. MARY & CLARA ENGLAND CORPORATION and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of BECKIE ROGOVIN for Payment of an Award in the Proceeding for Acquiring Title by the City of New York to Premises Bounded by Tilden Avenue, East Fifty-seventh Street, Beverly Road and East Fifty-ninth Street, in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion to confirm report of official referee granted. Submit order to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of MAX SILVERSTEIN to Render and Settle His Intermediate Account as Executor, etc., of HYMAN SHARFF, Deceased. ELIZABETH BULOGH KELLER, Appellant; MAX SILVERSTEIN, as Executor, etc., of HANNAH AARONFRIED and Others, Respondents.— Motion to dismiss appeal denied upon condition that within five days from service of a copy of the order herein an undertaking as required by section 298 of the Surrogate's Court Act be filed, and upon the further condition that the appeal be perfected by this appellant or one of the other appellants for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of HENRY T. HORNIDGE and TITLE GUARANTEE AND TRUST COMPANY, as Trustees, etc., of BENJAMIN FRANKLIN TERWILLIGAR